# Third District Court of Appeal

## State of Florida

Opinion filed January 28, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0918
Lower Tribunal Nos. CD202501391, D1525625

_____

**Tyrone A. Blount,**
Appellant,

vs.

**Department of Agriculture and Consumer Services, Division of Licensing,**
Appellee.

An Appeal from the State of Florida, Department of Agriculture and Consumer Services, Division of Licensing.

Tyrone A. Blount, in proper person.

Staci A. Bienvenu, Senior Attorney, for appellee Department of Agriculture and Consumer Services, Division of Licensing.

Before SCALES, C.J., and FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed.